**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moses Eduardo Morales,<br><br>    Petitioner,<br>vs.<br><br>Michael B. Mukasey,<br><br>    Respondent. | No. CV-07-2088-PHX-PGR (LOA)<br><br>ORDER |

    Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson notwithstanding that no party has filed any objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that the petitioner's continued detention by the Department of Homeland Security pending the prosecution of his ongoing appeal before the Ninth Circuit Court of Appeals of the order requiring that he be removed to Mexico has not been so long as to violate his constitutional rights.  Therefore,

    IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #10) is accepted and adopted by the Court.

    IT IS FURTHER ORDERED that petitioner Morales' Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is denied and that this action is dismissed.  The Clerk of the Court shall enter

judgment accordingly.

DATED this 24th day of March, 2008.

Paul G. Rosenblatt
United States District Judge